# MINUTE ORDER

Page 2

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**   Date: 8/5/25   Time: 1:30 p.m.

Defendant: **Marcos Tomas Perez**   J#: 00194-512   Case #: **25-CR-20346-MARTINEZ/SANCHEZ**
AUSA: Robert Moore   Attorney: **Robert Buschel -Retained**
Violation: Transportation of Stolen Goods   Surr/Arrest Date: 08/05/25   YOB: 1963
Proceeding: Initial Appearance   CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:
Bond Set at: **STIP** $200K PSB w/co-signer.   Co-signed by: Miriam Perez

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
- [ ] Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [x] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [x] Other: Remain at present address

Language: English

Disposition:
Attorney Robert Buschel entered Permanent appearance in open court. Defendant sworn – advised of rights and charges. Defendant executed Waiver of Indictment – court accepts waiver. Parties **STIP** $200K PSB w/co-signer. BOND papers due 8/7/25. **Defendant Arraigned.** Standing Discovery Order request – **GRANTED**.

**BRADY Order given.**

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. **13:54:14**   Time in Court: **10 mins**

s/Enjolique A. Lett   Magistrate Judge